# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>        Plaintiff,<br><br>    v.<br><br>E. GOMEZ, et al.,<br><br>        Defendants.<br>                                        / | CASE NO. 1:11-cv-01025-SKO PC<br><br>ORDER GRANTING DEFENDANT STARK'S REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE<br><br>(Doc. 24) |

    Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011, and a scheduling order was issued on April 23, 2013.  This action is currently in the discovery phase, and on May 8, 2013, Defendant Stark filed a motion seeking leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).

    Good cause having been shown, Defendant Stark's motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   May 8, 2013**                                        **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE