1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DENELL CAVER,                                    CASE NO. 1:11-cv-01025-SKO PC

                Plaintiff,            ORDER GRANTING DEFENDANT STARK'S
                                                 REQUEST FOR LEAVE TO DEPOSE
    v.                                         PLAINTIFF BY VIDEOCONFERENCE

E. GOMEZ, et al.,                                (Doc. 24)

              Defendants.

_____/

      Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011, and a scheduling order was issued on April 23, 2013.  This action is currently in the discovery phase, and on May 8, 2013, Defendant Stark filed a motion seeking leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).

      Good cause having been shown, Defendant Stark's motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    May 8, 2013**                              **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE