# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. GOMEZ, et al.,<br><br>　　　　Defendants.<br>　_____/ | Case No. 1:11-cv-01025-AWI-SKO PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT GOMEZ, AND EXTENDING UNENUMERATED RULE 12(B) MOTION DEADLINE TO AUGUST 19, 2013<br><br>(Docs. 20 and 30) |

Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011. This action is proceeding on Plaintiff's second amended complaint, filed on April 10, 2012, against Defendants Stark, Gomez, and Garcia for acting with deliberate indifference to Plaintiff's safety, in violation of the Eighth Amendment.

On July 12, 2013, Defendant Gomez filed an answer.[1]  Accordingly, it is HEREBY ORDERED that:

　　1.　Application of the discovery and scheduling order filed on April 23, 2013, is extended to Defendant Gomez; and

///

---

[1] Defendant Stark filed an answer on April 2, 2013, and Defendant Garcia's response is due on or before July 20, 2013. (Docs. 18, 29.)

2. The unenumerated Rule 12(b) motion deadline is extended to August 19, 2013.

IT IS SO ORDERED.

Dated: **July 16, 2013**     **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE