# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER, | Case No. 1:11-cv-01025-AWI-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION AND QUASHING SERVICE |
| v. | (Docs. 32 and 34) |
| E. GOMEZ, et al., | |
| Defendants. | |

Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011. This action is proceeding on Plaintiff's second amended complaint, filed on April 10, 2012, against Defendants Gomez, Stark, and Garcia for acting with deliberate indifference to Plaintiff's safety, in violation of the Eighth Amendment.

On June 5, 2013, Defendant E. Garcia filed a motion seeking an extension of time to file a response to Plaintiff's second amended complaint. Fed. R. Civ. P. 6(b)(1), 12(a)(1)(A)(i). The Court granted the motion on June 6, 2013, and Defendant Garcia's response was due on or before July 20, 2013. On July 17, 2013, Defendant Garcia filed a motion to withdraw his waiver on the ground that service was accepted and waived on behalf of the wrong E. Garcia, in error. Plaintiff did not file an opposition.

The Court and the Marshal have a statutory duty to serve process on Plaintiff's behalf, and in the course of discharging that duty, a service packet was sent to Kern Valley State Prison,

where the events at issue occurred. 28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(2). Service was accepted on behalf of the only E. Garcia currently employed there, but it was subsequently determined that the E. Garcia named in this action is now employed at Salinas Valley State Prison.

Accordingly, in light of the foregoing, E. Garcia's motion is HEREBY GRANTED and service is quashed. By separate order, the Court will direct the United States Marshal to initiate service of process on the E. Garcia currently employed at Salinas Valley State Prison.

IT IS SO ORDERED.

Dated:   **September 23, 2013**          **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

2