# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER, | Case No. 1:11-cv-01025-AWI-SKO (PC) |
| Plaintiff, | ORDER RESOLVING MOTION FOR CLARIFICATION |
| v. | (Doc. 55) |
| E. GOMEZ, et al., | |
| Defendants. | |

Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011.  This action is proceeding on Plaintiff's second amended complaint, filed on April 10, 2012, against Defendants Gomez, Stark, and Garcia for acting with deliberate indifference to Plaintiff's safety, in violation of the Eighth Amendment.

On January 15, 2014, Plaintiff filed a motion seeking clarification regarding discovery and pretrial dispositive motions.  Plaintiff's confusion regarding discovery apparently stems from his receipt of Defendant Garcia's answer filed on December 23, 2013, and his receipt of a letter from Defendants' counsel informing him that the discovery deadline was December 23, 2013.

Pursuant to the orders filed on April 23, 2013, and July 16, 2013, the deadline for the completion of all discovery between Plaintiff and Defendants Gomez and Stark was December 23, 2013.  Thus, Plaintiff may not serve Defendants Gomez and Stark with any further discovery requests.  Defendant Garcia did not make an appearance in the action until December 23, 2013,

however, and the deadline for the completion of all discovery between Plaintiff and Garcia is July 15, 2014.

The deadline to file pretrial dispositive motions is September 15, 2014, for all parties. With respect to Plaintiff's inquiry regarding the meaning of dispositive motions, such motions include motions for summary judgment, and seek to resolve or dispose of claims or the case.

Accordingly, by this order, Plaintiff's motion for clarification is HEREBY RESOLVED.

IT IS SO ORDERED.

Dated:   **March 24, 2014**                     /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE

2