# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>E. GOMEZ, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01025-AWI-SKO (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AS PREMATURE<br><br>(Doc. 79) |

Plaintiff Denell Caver ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011. This action is proceeding on Plaintiff's second amended complaint, filed on April 10, 2012, against Defendants Gomez, Stark, and Garcia ("Defendants") for acting with deliberate indifference to Plaintiff's safety, in violation of the Eighth Amendment of the United States Constitution.

On February 13, 2015, Plaintiff filed a motion notifying the Court of delays in receiving mail and requesting a thirty-day extension of time to file objections to the future findings and recommendations addressing Defendants' motion for summary judgment. The Court is aware of the delays inherent in service by mail, which are compounded by the institutional setting. For this reason, parties are generally given twenty or thirty days to file objections in cases such as this. If Plaintiff needs an extension of time to file objections once findings and recommendations are issued, he may file a motion at that time.

Plaintiff's present motion is premature and it is HEREBY DENIED, without prejudice, on that ground.

IT IS SO ORDERED.

| Dated: | **February 19, 2015** | /s/ Sheila K. Oberto |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |