# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER, | Case No. 1:11-cv-01025-AWI-SKO (PC) |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM DECEMBER 14, 2015, AT 3:00 P.M. TO JANUARY 8, 2016, AT 1:30 P.M. |
| v. | |
| E. GOMEZ, et al., | (Doc. 94) |
| Defendants. | |

Plaintiff Denell Caver, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 20, 2011. This action is proceeding on Plaintiff's second amended complaint, filed on April 10, 2012, against Defendants Gomez, Stark, and Garcia for acting with deliberate indifference to Plaintiff's safety, in violation of the Eighth Amendment of the United States Constitution. This case is set for a telephonic trial confirmation hearing on December 14, 2015, at 3:00 p.m. and jury trial on February 9, 2016, at 8:30 a.m.

A scheduling conflict has arisen and it is necessary for the Court to continue the telephonic trial confirmation. Accordingly, the Court HEREBY ORDERS as follows:

1. The telephonic trial confirmation hearing is continued from Monday, December 14, 2015, at 3:00 p.m. to Friday, January 8, 2016, at 1:30 p.m.;

2. Defendants' counsel shall arrange for Plaintiff's participation in the conference call and shall initiate the call to (559) 499-5669; and

3. The Clerk's Office shall serve a courtesy copy of this order on the Litigation Coordinator at California State Prison-Corcoran by email.

IT IS SO ORDERED.

Dated:   December 3, 2015                    _____
                                             SENIOR DISTRICT JUDGE