UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br><br>                 Plaintiff,<br><br>v.<br><br>E. GOMEZ, et al.,<br><br>                 Defendants. | Case No. 1:11-cv-01025-AWI-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>INMATE PERRY TALLEY, CDCR # D91162<br><br>DATE: May 24, 2016<br>TIME:  8:00 a.m.<br>COURTROOM: 2 (AWI) |

      **Inmate Perry Talley**, **CDCR #D91162**, a necessary and material witness in proceedings in this case on May 24, 2016, is confined at Kern Valley State Prison, 3000 West Cecil Avenue, Delano, California, 93216-6000, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #2, Eighth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 24, 2016, at 8:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Kern Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   __April 8, 2016__          _____

                                 SENIOR  DISTRICT  JUDGE