IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENELL CAVER,** | No. 1:11-cv-01025 AWI-SKO |
| Plaintiff, | **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFCANDUM TO TRANSPORT INMATE JAMI TERREL JOHNSON, CDCR # G20888** |
| v. | |
| **E. GOMEZ, et al.,** | |
| Defendants. | |

On April 8, 2016, this Court ordered the Warden of Richard J. Donovan Correctional Facility to produce inmate Jami Terrel Johnson, CDCR # G20888, on May 24, 2016 for trial on the above-entitled matter. On April 27, 2016, this Court dismissed the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, Mr. Johnson is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testifcandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated: April 27, 2016

_____
SENIOR DISTRICT JUDGE