IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENELL CAVER,**<br><br>            Plaintiff,<br><br>       v.<br><br>**E. GOMEZ, et al.,**<br><br>            Defendants. | No. 1:11-cv-01025 AWI-SKO<br><br>**ORDER ENTERING STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

    On April 27, 2016, Plaintiff Denell Caver and Defendants Gomez, Garcia, and Stark gave notice that the case has been resolved in its entirety. Accordingly, the parties filed a stipulated dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulated that each party is to bear its own costs, attorneys' fees, and expenses.

    Based on the parties' stipulation, this entire action is dismissed with prejudice.

    The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  April 27, 2016                                         _____
                                                                             SENIOR DISTRICT JUDGE